# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2249

_____

Mohassan Abubakar

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: April 29, 2014
Filed: May 20, 2014
[Unpublished]

_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Ghanian citizen Mohassan Abubakar petitions for review of the Board of Immigration Appeals order upholding an immigration judge's denial of asylum, withholding of removal, relief under the Convention Against Torture (CAT), and cancellation of removal.

After careful consideration of the petition, this court finds no basis for reversal. *See Hernandez v. Reno*, 258 F.3d 806, 812 (8th Cir. 2001) (in removal actions, this court reviews legal issues de novo, and reviews factual findings for substantial evidence; discussing burden of proof for asylum and withholding-of-removal claims); *see also Ramirez-Peyro v. Holder*, 574 F.3d 893, 895, 899 (8th Cir. 2009) (to establish eligibility for deferral of removal under CAT, applicant had to show that it was more likely than not that he would be tortured by or with acquiescence of government); *Zacarias-Velasquez v. Mukasey*, 509 F.3d 429, 434 (8th Cir. 2007) (this court lacks jurisdiction to review denial of cancellation of removal for failure to prove exceptional and extremely unusual hardship).

This court denies the petition for review. *See* 8th Cir. R. 47B.

_____